UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-CV-23(FL)

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **DEFAULT JUDGMENT** |
| | ) | |
| **PERFECT CHOICE HOME CARE, LLC** | ) | |
| and **SHANNON SNEED,** | ) | |
| Defendants. | ) | |

Upon motion, request, and proper showing by attorney for the Plaintiff, United States of America, the above-named Defendants having failed to appear, plead or otherwise defend this suit as provided by Rule 55 of the Federal Rules of Civil Procedure, entry of default has been entered against the named Defendants.

In accordance with Rule 55(b) of the Federal Rules of Civil Procedure, counsel for the Plaintiff, United States of America, having requested judgment against the defaulted Defendants and having filed a proper affidavit, judgment is rendered in favor of the Plaintiff and against the above-named Defendants.

This Court hereby ORDERS, ADJUDGES and DECREES that:

1. The Defendants are in unlawful possession of certain office space located at Room 111, 144 Main Street, Oxford, North Carolina, a building known as a United States Post Office (the "Premises").

2. The Defendants shall immediately and permanently leave the Premises and remove all their personal property and improvements from the Premises, and to deliver immediate possession of the Premises to the United States.

3. Should Defendants not relinquish possession of the premises within two weeks of entry of this judgment, the United States Marshal is directed to and authorized to enter into and upon the Premises, to take any measures necessary to secure the Premises, and to remove any and all persons holding possession and all personal property in order to return immediate possession of the Premises to the United States.

4. Plaintiff is awarded the following monetary relief against Defendant Perfect Choice Home Care, LLC:

   a. $6,022.25 in past due Rent;

   b. $602.22 in late fees;

   c. Use and occupancy from January 13, 2025 to entry of judgment at a rate of $252.85 per month;

   d. An amount to be determined upon acceptance of a Bill of Costs for the costs of this litigation, removing Personal Choice's personal property, and restoring the Premises to its condition at the time the Outlease Agreement began; and

   e. Interest on the judgment, pursuant to 28 U.S.C. § 1961, at the legal rate until paid in full.

5. Plaintiff is awarded the following monetary relief against Defendant Shannon Sneed:

   a. Use and occupancy from January 13, 2025 to entry of judgment at a rate of $252.85 per month;

   b. An amount to be determined upon acceptance of a Bill of Costs for the costs of this litigation, removing Sneed's personal property, and restoring the Premises to its condition at the time the Outlease Agreement began; and

   c. Interest on the judgment, pursuant to 28 U.S.C. § 1961, at the legal rate until paid in full.

SO ORDERED, this the 8th day of July, 2025.

*[Signature]*
LOUISE W. FLANAGAN
United States District Judge